M/D 1

IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2023 SEP -5  A 11: 59

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Brandon Howard                          )
Full name and prison name of            )
Plaintiff(s)                            )
                                        )
                                        )
v.                                      )   CIVIL ACTION NO. 2:23-cv-521-ECM-JTA
                                        )   (To be supplied by Clerk of U.S. District
                                        )    Court)
Chaplin m. Haubert                      )
STATE oF ALABAMA                        )
~~Kilby~~ ~~Correctional~~              )
Commissionar HAM                        )
B.t.s / unBound.                        )
                                        )
Name of person(s) who violated your     )
constitutional rights. (List the names  )
of all the person.)                     )

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same or
          similar facts involved in this action?  YES ☐  No ☒

     B.   Have you begun other lawsuits in state or federal court relating to your
          imprisonment?        YES ☐        NO ☒

     C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
          is more than one lawsuit, describe the additional lawsuits on another piece of paper,
          using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff (s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if state court, name the county)

               _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bibb correction Facility_

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bibb –_

_Correction Facility chaple inside the church_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|  | NAME | ADDRESS |
|---|---|---|
| 1. | M. Haubert | 565 Bibb Lane, Brent AL 35034 |
| 2. | ~~corridor coody~~ | ~~565 Bibb Lane Brent AL 35034~~ |
| 3. | State of Alabama | 565 Bibb Lane Brent AL 35034 |
| 4. | Commissionar Ham | 565 Bibb Lane Brent AL 35034 |
| 5. | BTS/unBound | 565 Bibb Lane Brent AL 35034 |
| 6. |  |  |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Wednesday August 8th 2023_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Religion Discrimination/Racial Discrimination Seperation of Church and state._

1

On Wednesday August 23rd At 12:30 PM infront of the chaple, the Head Chaplin of Bibb Correctional Facility has once again canceled church. yesterday August 22nd At 1:00 PM in front of the ICS office the chaplin canceled church call. But When the Christian Base Programe called unBound/JumPStart, wants to have Some Jesus time to themselves they can. every Programe here At Bibb Prison is ~~PresBet~~ BH prespeterias. ~~Chaptive Harbor~~ BH they Allow one Belief. Petitioner applied For the core Programe And was excepted And three Months Later was Removed Base on ~~treatment~~ Failure, Base on inmates Lying. Petitioner Went to court with a Prisoner As Being As Judge. other ~~Religion~~ BH Religions Are Not Allow to tAke JumPStArt/unBound Programe. Core has A MAndatory class called RoundtAble which is As quated in RoundtAble Book. the counsilors met with ADA cordwater without Petitioner Present BeFore terminating me from Programe.

2

the "Freedom" of Religion a Fundamental Right one of the keystones established By constitutional Amendments, Strengthend By Law, And Protected By Courts through Precedent. State Prison officials Violate the constitution when there Action Promote, Advance, Reward or Priviledge A Religion, the Practice of Religion or the Lack there of. Discrimination Based Action Are strictly Prohibited. "Equal Protection" Lee VS Weisman 505 us 577 (1992) Programes Base on Specific Religion denomation violate this Right. Religious Based Programe Recieve Packages, Special Meals, Special t.V.'s Movies, And Air conditioned Rooms, Special Chairs. the Priviledges Violate constitutional Rights.

Life Link having Bible verses in Around table Book is unconstitutional. Programes Recommended By Parole Board are control By other Prisoners who Act As A Judge, Jury, unorthadox Belifes Are Not tolerated. there No denying the FAct that Programes Are Bible Base as Proven By aircurlem the Special Priviledges these Programes Recieved Also can Not Be disputed.

3

the chaplin Refuses the BRother's who Are
CAtholic to Attend Catholic Mass serviee
in the Sanctuary. But the Brothers Are to
have MASS in a study Room which is Really
SMAll. This is Discrimination.
And what I don't understand about Christian
Programes, oR Programes that has a Religion stand-
Point. When you have Muslim Brothers who wants
to Be in these Christian Programs there Not Allow
to BecAuse there Not Christians. I AM Not
tAnGeting Christian Belifes But the Discrimination
that Violates a inmates Rights.
the Head Chaplin here At Bibb correction FAcility
is A Control freak. and is a Hater of Religion other
Rather then his own personal Beliefs. He's Bias
and have DEFAMAtion of Character. He talk's
against the Church of the Highlands, He will Not
have church services for PoPulation. He Needs to
Be Fired.

④

On August 24 2023 12:30 PM
Once again the Head Chaplin David [BH]
Decided Not to cAll church call in the
New ChAple, it has Been said By others around
the Prison that there will Be No church
Serves All this week or Next week.
But Let the Chaplin Program wAnt to have
church/AKA JumpStart/ unBound in the
chaple. the Chaplin will Brake his legs to
Allow them of All inmates in the Prison to
go to Church. they EVEn have townhouse
meetings in the ChaPle which is BAn By
(LiFelink) core Programe.
JumpStart changed Program "NAme", is Base
on SPecific Christian BelieFs And do Not tolerate
Any ArGuement, or Any Prisoners of other Religions
or None can Be in the Prison unBound/Programe
Probade Peroide. [BH] for the wxxnt to this to [BH]
I will wAnt this to EFFect the whole STAte
OF AlABAMA Prison SYStem. [BH] I do wAnt to
understAnd that My Life in the Prison system
is in dAnGer And wAnt to Be Place in federal
Custody. I Repeat to the courts My Life is
in danGer.

⑤

August/25th/2023

The Head Chaplin M. Haubert ~~Harbour~~, that is over
the programe A.K.A. Jumpstart/unBound.
this has come to My understanding that
Jumpstart/unBound is mostly Full of A.B. & S.B.
WhitE gAng Members Aryan BrotherHood /
Southern BrotherHood come down And see
For yourself. the chaple is yet even close
today. these programes has a Limit oF 3 years
of completion LiFelink is two years of completions.
tM is Completion of 2-two years. P.tW.
PAthway to Freedom is 18 Months on Completion
of programe. general PoPulation is over
the Boiling Point oF Runing over BH overcrowded
Violate officers and inmates its crazy in this
inside world. A Change Needs to come.
I Say it once and will Say many more
time to come I Fear For My LiFe as
BH ~~icid~~ An inmate in Bibb correction Facility
it does Not MAtter what stAte Prison
I'M in AlABama system. I wAnt
to Be Place in a Federal holding
Cell, until. ~~After~~ BH ~~date~~ BH Before And After

6

On August 28th 2023 At 2:00 Am
Moorish temple of America a Muslim Service
was Put on hold due to a Mental Health class
held By Ms, Black called Anger management.
this is discrimination though they were having
class. Chaplin Haubert Refused to & Let Any
other Religion into the church Besides Christians
this Ain't Right. every other Religion is held on the
Visitation Yard, And why is that?
Chaplin Haubert will Allow unBound B.t.s.
into the Chaple Before He will Allow anyother
Religion into the Chaple. the Programs in F-Dorm
Needs to Be Shut down, this will Solve many
Problems. officers Busted drugs and cellphones
in F-Dorm Programes MaJority of white guys
with Child Sex cases Live in this dorm.
the Chaplin Refuse to give other guys a chance
in his Holy Roller Program. and they have
Leadership that have Not Changed in over Five years
that is discrimination against other members of
the Program to Be able to Move up.A in Position.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

August 8th 2023 2:00PM in the church. Chaplin M. Haubert, Religion Discrimination / Racial Discrimination Discrimination / Seperation of Church and state

GROUND TWO: Penboar vs Cinnanatti 475 us 469 (1986)

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Punitive Damages Ask for As Punishment of My Constitution Being Violated. I want Chaplin M. Haubert to Be Fired / I want Jump start/unBound to Be Close down. Federal Protactive custody of this case I want All Programes to Be Free For All Religions in the State of ALABAMA

Brandon Howard
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9 - 1 - 2023
(Date)

Brandon Howard
Signature of plaintiff(s)

BRAndon HowaRd
AiS 229852-01-29A
Bibb correctional Facility
565 Bibb LAne
Brent, AL 35034



BIRMINGHAM AL 350
31 AUG 2023 PM 5    FREEDOM   FREEDOM
FOREVER/USA    FOREVER/USA

This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

Legal mail

united States District court
Middle District of AlABAMA
one church street,
MontGomery, AL 36104

36104-401801    |..||.||..|.|.|.||..|.|..||..|.|||..|..|..||.|||..||.||.||