FILED
2025 Sep-10 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| BRANDON HOWARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:23-cv-01617-MHH-HNJ |
| CHAPLIN M. HAUBERT, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On July 29, 2025, the Magistrate Judge entered a report in which he recommended that the Court treat the defendant's special report as a motion for summary judgment and grant the motion. (Doc. 40). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days; to date, the Court has not received objections.

After consideration of the materials in the Court's electronic docket, the Court accepts the Magistrate Judge's analysis and recommendation with respect to the record in this case. Accordingly, the Court grants the defendant's motion for summary judgment. By separate order, the Court will enter a final judgment. Mr. Howard's motion for a preliminary injunction, (Doc. 34), is moot. The Clerk shall please TERM Docs. 34 and 40.

1

**DONE** and **ORDERED** this September 10, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE